UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| COURTNEY MOTLEY, | Case No. 3:20-cv-00121-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NEVADA, STATE OF, et al., | |
| Defendants. | |

### I.  DISCUSSION

Plaintiff, a former inmate in the custody of the Nevada Department of Corrections, has two applications to proceed *in forma pauperis* for prisoners. (ECF Nos. 25, 34.) However, Plaintiff has updated his address, indicating that he is no longer incarcerated. (ECF No. 29.) Accordingly, the Court denies the applications to proceed *in forma pauperis* for prisoners as moot because Plaintiff is no longer incarcerated.

The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.[1] If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner or pay the $400 filing fee within thirty (30) days, this case will be subject to dismissal without prejudice.

### II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 25, 34) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

///

---

[1] The Court notes that the filing fee for civil cases increased from $400 to $402 on December 1, 2020. However, because Plaintiff initiated this action on February 20, 2020, he would be subject to the previous $400 filing fee.

1

1  IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS  10th  day of June 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE